BRUCE GREENFIELD
c/o 1524 Thornhill Avenue
Westlake Village, CA 91361
telephone/fax (818) 312-5700

FILED
JUL 23 2015
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:           Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bruce Greenfield ) <br> ) Plaintiff <br> vs. ) <br> ) <br> Chapter 7 Trustee (on behalf of the ) <br> chapter 7 bankruptcy estate) of the ) <br> former debtor Solutions Media, Inc. ) <br> ) <br> Defendant ) <br> ) | Adversary Complaint No. _____ <br><br> Chapter 7 Bankruptcy Case No. 12-14013-MB <br><br> **ADVERSARY COMPLAINT** |

TO: GERALD DAVIS CHAP. 7 TRUSTEE   -   OF THE DEBTOR SOLUTIONS MEDIA, INC.

The plaintiff alleges the following claim for relief - against the Chapter 7 Trustee - on behalf of the chapter 7 bankruptcy estate of the former debtor Solutions Media, Inc. - (Case No. 00-10592-M7). Upon proposed filing of plaintiff's Chap. 11 proceeding (for reorganization re: "restitution" order); which pursuant to State Bar Rules of Procedure, Rule 5.134 may properly be paid in installments: upon confirmation of the plaintiff's (proposed) Chapter 11 "plan of reorganization" - the plaintiff requests an order for declaratory relief (from bankruptcy court) for reinstatement of the plaintiff's active status - upon "confirmation" of the plan - (since plaintiff is presently involuntarily inactive); or in the alternative - for a determination the "restitution" order has been "waived" and "satisfied" by "abandonment" of the discharged claim by the chapter 7 trustee to debtor Solutions Media, Inc. to which payment of restitution for non-existent "out of pocket" expenses (was never appropriate): (as erroneously ordered by Judge Platel) in his decision which erroneously ordered reimbursement of chapter 7 trustee's legal fees (which were never paid to his attorney) thus; no expenses incurred.

_Bruce Greenfield_
───────────────
Bruce Greenfield

## Declaration of Service

I, the undersigned declare:  I am, and was at the time of service of the papers herein referred to, over the age of 18. My "mailing" address is 1524 Thornhill Ave. Westlake Village, CA

On July 23, 2015 - I served the following document:

ADVERSARY COMPLAINT

Gary B. Rudolph, Esq.
550 West "C" Street
Suite 1500
San Diego, CA 92101

_X_  BY MAIL:   I placed a copy in a sealed envelope on 7/23/15

I declare under penalty of perjury under laws of State of Calif. and United States of America foregoing is true and correct; and declaration executed July 23, 2015 - at Westlake Village, CA.

*Bruce Greenfield*
_____
Bruce Greenfield

FORM B104 (08/07)             2007 USBC, Central District of California

**RECEIVED JUL 23 2015 — U.S. BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA, BY: _____ Deputy Clerk**

# ADVERSARY PROCEEDING COVER SHEET
(Instructions on Page 2)

**ADVERSARY PROCEEDING NUMBER** (Court Use Only)

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Bruce Greenfield | Chapter 7 Trustee on behalf of the Chapter 7 Bankruptcy Estate of the former debtor Solutions Media, Inc. (Case No. 00-10592) |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>1524 Thornhill Avenue<br>Westlake Village, CA 91361  (818) 312-5700 | **ATTORNEYS** (If Known)<br>Gary B. Rudolph, Esq.<br>550 West "C" Street #1500<br>San Diego, CA 92101  (619) 233-4100 |
| **PARTY** (Check One Box Only)<br>☒ Debtor  ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor  ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☐ Other<br>☒ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

To obtain an order from the bankruptcy court which states the debt is discharged and/or satisfied by installment payment(s)

## NATURE OF SUIT
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☒ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☒ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ 87,900.00 |

**Other Relief Sought**

For resolution of the "discharged" debt - which is the basis for the restitution claim - which may be satisfied by installment payments (in proposed Chapter 11 proceeding)

FORM B104 (08/07), page 2                                                                  2007 USBC, Central District of California

| **BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES** |||
|---|---|---|
| **NAME OF DEBTOR** <br> Bruce Greenfield | | **BANKRUPTCY CASE NO.** <br> 1:12-14013-AA |
| **DISTRICT IN WHICH CASE IS PENDING** <br> Central District of California | **DIVISIONAL OFFICE** <br> San Fernando Valley | **NAME OF JUDGE** <br> Alan Ahart |
| **RELATED ADVERSARY PROCEEDING (IF ANY)** |||
| **PLAINTIFF** <br> Bruce Greenfield | **DEFENDANT** <br> Solutions Media, Inc. | **ADVERSARY PROCEEDING NO.** <br> 1:15-01098-MB |
| **DISTRICT IN WHICH ADVERSARY IS PENDING** <br> Central District of California | **DIVISIONAL OFFICE** <br> San Fernando Valley | **NAME OF JUDGE** <br> Martin Barash |
| **SIGNATURE OF ATTORNEY (OR PLAINTIFF)** <br> *Bruce Greenfield* |||
| **DATE** <br> 7/23/15 | **PRINT NAME OF ATTORNEY (OR PLAINTIFF)** <br> Bruce Greenfield ||

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendents.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not presented by an attorney, the plaintiff must sign.